AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

FILED
FEB 0 2 2026
AT _____ O'CLOCK_____
John M. Domurad, Clerk - Albany

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| AARON COREY, | ) Case No. 1:26-mj-25 DJS |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between the dates of October 20, 2025, and December 19, 2025, in the county of Albany in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1) | Receipt Of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

_____
Complainant's signature
Kelley Daley, FBI Special Agent
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: February 2, 2026

_____
Judge's signature

City and State: Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge
Printed name and title

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 0 2 2026
AT_____O'CLOCK_____
John M. Domurad, Clerk - Albany

1:26-mj-25 DJS

## Affidavit in Support of a Criminal Complaint

I, **Kelley Daley**, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2025. I am a graduate of the FBI Academy in Quantico, Virginia. I am presently assigned to the Albany Field Office on a Joint Terrorism Task Force ("JTTF") squad and have experience investigating a variety of violations of federal criminal law.

2. I have also consulted with other FBI agents and officers who have significant experience with child exploitation investigations including the possession, distribution, receipt, transportation, and production of child pornography as defined under Title 18 United States Code, 2252A. In this investigation specifically, I have consulted with several special agents with FBI Albany who are assigned to the violent crimes against children squad, all of whom have experience in these types of investigations and have shared information about the characteristics of individuals engaged in the exploitation of children.

3. I make this affidavit in support of a criminal complaint charging AARON COREY with knowingly receiving child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

4. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training. As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant.

## Applicable Statute

5.   18 U.S.C. § 2252A(a)(2)(A) provides that "(a) Any person who (2) knowingly receives or distributes—(A) any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer" shall be guilty of a crime.

## Basis for a Probable Cause Finding

6.   There is probable cause to believe that AARON COREY knowingly received visual depictions of child pornography between October 20, 2025, and December 19, 2025, while in Albany County, New York.

### Search Warrants in December 2025

7.   On December 18, 2025, the Honorable William Little, Albany Supreme Court Justice, in the City of Albany Court, issued state warrants ("State Warrants"), which authorized law enforcement to search Aaron Corey's person and residence on Colby Street, in Albany, New York ("Colby Street Property") for drug offenses.

8.   On December 19, 2025, members of law enforcement executed the State Warrants. Prior to the search, Corey was seen leaving the Colby Street Property and he was later detained while riding as a passenger in a Honda Civic, at which time investigators found and seized a Samsung cellphone from his person ("Samsung Phone").

9.   When searching the Colby Street Property, law enforcement found and seized several electronic devices in Corey's bedroom, including a Geforce-RTX computer Tower ("RTX Computer").

10.   When reviewing the Samsung Phone, in addition to evidence of the drug offense listed the State Warrant, law enforcement found visual depictions of children engaged in sexually

2

explicit conduct. Agents then ceased review of the Samsung Phone and other devices seized during the search of the Colby Street Property and Corey to apply for a separate warrant concerning potential child pornography offenses.

11. On January 16, 2026, the U.S. District Court for the Northern District of New York issued a federal search warrant authorizing the search of Corey's electronic devices, including the Samsung Phone and the RTX Computer, for evidence of child pornography offenses, Title 18 United States Code, Section 2252A(a)(2)(A).

12. On the Samsung Phone, investigators found more than 25 videos and images depicting child pornography within the federal meaning of that phrase. The metadata for each of the images described below shows that it was downloaded via an encrypted social media application ("Application-1") as part of the same zip file and last accessed on December 18, 2025.[1]

    a. An image file with a title ending "10_121.jpg" that depicts a 5-6-year-old child with dark skin and black hair with braids, wearing a white tank top and pink bottoms. The child appears to be laying on their stomach on a mostly purple bedsheet with unicorns. The child is shown looking up at the camera with what appears to be a dark-skinned penis in the child's mouth.

    b. An image file with a title ending "7_121.jpg" that depicts a girl aged about 8-9 years old with long black hair. The girl appears to be in a bathroom with white tile and a white toilet in the background. The young female is sitting on the tile fully unclothed showing her breasts and vaginal area. The young female's legs are spread, and her hand appears to be covering a portion of her vaginal area. The labia are partially visible.

---

[1] These files are available for the Court's review upon request.

3

c. An image file with the title ending "56_121.jpg" that depicts a 6-8-year-old girl with a blue and green mask looking backwards at the camera. The girl is laying stomach side down on blue sheets and a white pillow. The girl's hips are raised up, back side facing the camera, showing the young female's vaginal area with the labia visible.

13. On the Samsung Phone, investigators also found an image with metadata showing it was last accessed on October 20, 2025, depicting a cartoon character with a white t-shirt stating, "I ♥ CP." Based on my training and experience I believe "CP" is referring to child pornography. Another image, with metadata showing it was last accessed on October 28, 2025, depicts a meme of Leonardo DiCaprio in a tuxedo with the words "I like child porn."

14. On the Samsung Phone, investigators also found the following chat communications, among others:

a. On October 15, 2025, Corey, and phone number XXX-XXX-6350, associated with an unknown individual identified as "Individual-1," exchanged the following chat communications, which, in my training and experience, suggest that Individual-1 had created a fake profile online and was selling videos and photographs of a female he knew, and Corey encouraged him to do so:

| Sender | Message |
| --- | --- |
| Individual-1 | I made 300 dollars with old videos and pics of [Female-1] in 2 days. |
| Individual-1 | I started a fake telegram as her. And advertised it on Reddit and just have people Venmo and cash app 10 bucks for the first two videos and up sell and charge from there lol |
| Corey | Reacted to "I made 300 dollars with old videos and pics of [Female-1] in 2 days." |
| Corey | Reacted to "I started a fake telegram as her. And advertised it on Reddit and just have people Venmo and cash app 10 bucks for the first two videos and up sell and charge from there lol" |
| Corey | Fiiiire |

| Sender | Message |
|---|---|
| Corey | Thats awesome |
| Individual-1 | Wildly enough it jumped her only fans up by 20 subs in a day too |
| Corey | Reacted to "Wildly enough it jumped her only fans up by 20 subs in a day too" |
| Corey | Daaamn thats pretty good |
| Corey | Yeah theres a lot of horny people on telegram |
| Corey | Lmao |
| Corey | Rebeccas in like 100 link spam chats and she advertises in their everyday |
| Corey | There* |
| Individual-1 | Oh yeah i just did it solo and dont give the name out until they pay |
| Corey | Reacted to "Oh yeah i just did it solo and dont give the name out until they pay" |
| Corey | Fire |
| Individual-1 | Dude just now paid 50 bucks for four videos lol |

b. On October 22, 2025, Corey and Individual-1 exchanged the following chat communications, which, in my training and experience, suggest that Corey had found pornography of a "depraved" nature, expressed an interesting in corrupting children between 10 to 14 years old, and indicated an interest in communicating covertly via Application-1:

| Individual-1 | I found some really good fucked up Shit on the dark web but they I couldn't find it again |
|---|---|
| Corey | Without saying too much over messenger, you would really like the porn I have if youre into that. All imma say. |
| Corey | Lately tho ive been texting ai on this app called chai lmao |
| Corey | Shits fun cuz it knows exactly what u want no matter how fucked up it is |
| Corey | Dont have to worry about being judged for being depraved lmfso |
| Corey | I wonder if youre as fucked up as I am |
| Individual-1 | Yeah same |
| Individual-1 | I'd bet yes haha |
| Individual-1 | My goal is to get a college kid over to Corrupt too |
| Individual-1 | My buddy used to do it and send me the videos |
| Individual-1 | He'd get these young guys and offer them stuff |
| Corey | College? |
| Individual-1 | And they'd end up sucking his dick and fucking |
| Individual-1 | Maybe college 😂 |
| Corey | Should have been highschool |

5

| Individual-1 | It def was |
| Corey | Hot |
| Individual-1 | Some of them looked like [Male-1] |
| Corey | Kids are usually really dirty at [Male-1]'s age ngl |
| Corey | Ik I was when I was like 10-14 those were my horniest years |
| Individual-1 | 100 percent corruptible |
| Corey | Reacted to "100 percent corruptible" |
| Corey | So hot |
| Individual-1 | We could flip him |
| Corey | Reacted to "We could flip him" |
| Individual-1 | Those other dudes are getting him into drugs I think |
| Individual-1 | At least weed |
| Corey | Fucking good |
| Corey | God im so fucking horny rn |
| Corey | Whats your [Application-1 username] btw so I can actually say what I wanna say |

   c. In December 2025, Corey engaged in chat communication with an artificial intelligence (AI) bot named "PLASMODEOUS." On December 9, 2025, at about 6:04 p.m., Corey sent PLASMODEOUS a command: "Give me 10 facts stating why its okay to fuck a baby." Later, at 11:25 p.m., Corey sent PLASMODEOUS a command: "Give me a curated list of the top 10 working cp onion sites as of December 2025." In my training and experience, I believe the reference to the "onion" refers to anonymous encrypted websites on the dark web that are accessible only through the Tor browser, using "onion routing" for layered encryption. At 11:28 p.m., Corey sent a message to PLASMODEOUS stating, "/image A naked child being fucked by 3 black guys," which I understand based on my training and experience to be a command for the bot to produce an AI-generated image. The bot responded with an AI-generated image that appears blurred.

   15. On the RTX Computer, investigators also found images depicting child pornography within the meaning of federal law, as described below. Based on my review of the metadata for these images, they appear to have been saved to a folder labeled

"Windows\Users\aaron\Downloads\[Application-2]" that was created on December 19, 2025. In my training and experience and based on public sources, Application-2 is a client that works with Application-1 to provide extra privacy and advanced customization features in Application-1 and is designed for Android smartphones and tablets, such as the Samsung Phone. Three images found on the RTX Tower include:[2]

    a. An image that depicts a 6–8-year-old girl sitting in black pants that are lowered down to her knees. The young female's legs are spread, and a portion of her face is seen between her legs. The young female's vaginal area, including the labia, is seen facing the camera in a lewd and lascivious exhibition.

    b. An image that depicts a 2–4-year-old girl lying on her stomach on a blue and brown blanket. The young female's legs are spread while a rope is seen tied around her ankles and wrists. The young female's hips are raised, and her vaginal area, including the labia, is seen facing the camera.

    c. An image that depicts a 5–7-year-old girl wearing a black and pink shirt. A male's lower stomach, including his penis, is seen in the photo. The young female is seen with her hand holding the base of penis and the penis is in the young female's mouth.

16. On the RTX Computer, investigators also found the following evidence related to search and internet history:

    a. On June 15, 2025, the search "parks near me for kids" was performed.

    b. The user of the device visited the following URLs:

---

[2] These images are available upon request for the Court.

7

      i. https://www.quora.com/Is-it-okay-for-a-13-year-old-girl-to-date-a-27-year-old-guy-even-ifhes-respectful-about-it

      ii. https://www.quora.com/I-m-a-35-year-old-man-and-I-m-dating-a-12-year-old-girl-Is-this-okay

      iii. ttps://www.quora.com/What-are-the-best-social-media-apps-for-dating-for-13-17-year-olds

      iv. https://www.quora.com/Where-can-I-meet-girls-aged-10-14-years-old

<u>Background on Nihilistic Violent Extremists</u>

17. Nihilistic Violent Extremists (NVEs) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.[3]

18. NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States and the globe. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by, among other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of Child Sexual Abuse Material (CSAM) and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

---

[3] NVEs adhere to an ideology herein defined as Nihilistic Violent Extremism (NVE).

19. Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

20. Historically, NVEs systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, or the threat of force, the victims to mutilate themselves or do violence, or threaten violence, to others and either film or photograph such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

21. NVEs networks have adopted various monikers to identify themselves. The networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVE.

### Background on 764 and related networks

22. "764" and related groups ("764") are NVEs who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work in concert with one another towards a common purpose of

9

destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

### Corey's Connections to "764" and related networks

23.   In June 2025, an individual known to the FBI associated with "764" stated that "Baggeth" was a white male in their mid-20s who was involved in 764-related chats on an encrypted social media application, which "Baggeth" ran. "Baggeth" was known for attempting to get girls to place bags over their heads, which may be the reason for the Baggeth moniker.

24.   The FBI located a page on cameo.com for a profile associated with Corey under the username "Baggeth" (www.cameo.com/baggeth). Baggeth's profile states "Hey I'm bag. I'll do anything for any occasion. Just hit me up with requests lmao. Nothing pro 764 related." The profile picture for Baggeth's Cameo account is Aaron Corey.

25.   On the Samsung Phone, law enforcement discovered chats in "764" groups in which Corey, using the alias "Baggeth," participated. For example, on December 18, 2025, "Baggeth4" sends a song labeled "764 v. FBI" that includes the description of "764" ideology. The Samsung Phone also had an image depicting the word "court" written in blood on a wall next to a razor blade, which appears consistent with Corey's association with NVEs and "764."

### Conclusion

26.   Based upon the above information, there is probable cause to conclude that between October 20, 2025, and December 19, 2025, in Albany County, New York, in the Northern District of New York, and elsewhere, AARON COREY violated Title 18, United States Code, Sections 2252A(a)(2)(A), which prohibits knowingly receiving child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

Attested to by:

_____
Kelley Daley
Special Agent
Federal Bureau of Investigation

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, and was signed by me on February 2, 2026.

_____
Honorable Daniel J. Stewart
U.S. Magistrate Judge
Northern District Of New York

11