AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:26-mj-25 DJS |
| AARON COREY, | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Aaron Corey_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

Date:      02/02/2026                                     _____
                                                                                    *Issuing officer's signature*

City and state:      Albany, NY                     Hon. Daniel J. Stewart, U.S. Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/2/2026 , and the person was arrested on *(date)* 2/2/2026 at *(city and state)* Albany  New York . |
| Date: 2/2/2026                          _____ *Arresting officer's signature* |
| Kelley Daley  Special Agent *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     Aaron Corey

Known aliases:     Baggeth

Last known residence:     32 Colby St, Albany, NY 12206

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:     08/04/2002

Social Security number:     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

Height:                                         Weight:

Sex:    Male                                   Race:    White

Hair:    Brown                                 Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:     Drug use (methamphetmine)

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:     FBI Albany

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: